IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GREGORY JOHN ROJAS,

        Petitioner,               No.  3:15-cv-01419-SU

    v.

UNITED STATES OF AMERICA,        ORDER
et al.,

        Respondents.

HERNÁNDEZ, District Judge:

    Magistrate Judge Sullivan issued a Findings and Recommendation [14] on April 20, 2016, in which she recommends that this Court deny Petitioner's Petition for Writ of Habeas Corpus. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate

1 – ORDER

Judge's report to which objections have been made).  Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Sullivan's Findings & Recommendation [14], and therefore, Petitioner's Petition for Writ of Habeas Corpus [1] is denied.

IT IS SO ORDERED.

DATED this      20th        day of ____June_____, 2016.


_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER